UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ANTOINETTE TRANCE,

               Plaintiff,                      Civil Action No. CV 04-4385

        -against-                         (Ross, J.)
                                                    (Mann, M.J.)
THE UNITED STATES POSTAL
SERVICE and THE UNITED
STATES OF AMERICA,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff ANTOINETTE TRANCE, and defendants THE UNITED STATES POSTAL SERVICE and THE UNITED STATES OF AMERICA, by their respective attorneys, that this action and any and all claims arising therefrom are hereby dismissed with prejudice pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements. PROVIDED HOWEVER the Court retains jurisdiction to enforce the terms of the settlement.

Dated:     Brooklyn, New York
              2/6         , 2006

                                                  ROSLYNN R. MAUSKOPF
                                                  United States Attorney
                                                  Eastern District of New York
                                                  *Attorney for Defendants*
                                                  1 Pierrepont Plaza, 14th Floor
                                                  Brooklyn, New York 11201

                             By:  _____
                                  JENNIFER SCHANTZ (JS-9318)
                                  Assistant U.S. Attorney

Dated.     New York, New York
           _____, 2006

                                   LAW OFFICE OF ROBERT DEMBIA, P.C.
                                   350 Broadway, Suite 1210
                                   New York, New York 10013
                        By: _____ 2/1/06
                                   ROBERT DEMBIA (RD4413)
                                   (212) 226-5905

SO ORDERED:

                                   2/10/06

_____
THE HONORABLE ALLYNE R. ROSS

2